IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RADFORD**                                                                                            **PLAINTIFF**
**ADC #89900**

v.                                       Case No. 4:20-cv-00910-KGB

**WENDY KELLEY,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4).  No objections have been filed, and the time for filing objections has passed.  After a careful review, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).  The Court grants plaintiff Tommy Radford's motion to dismiss (Dkt. No. 3).  Accordingly, the Court dismisses without prejudice Mr. Radford's complaint (Dkt. No. 1).

It is so ordered this 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge